UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ALLAN CHADES,<br><br>            Petitioner,<br><br>    v.<br><br>GEORGE GIURBINO,<br><br>            Respondent. | Case No. EDCV 02-1086-VAP(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: July 2, 2008

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE